IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:15CR143 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| BRANDON ROWE | : | |
| Defendant. | : | |

## **AGREED ORDER**

This matter is before the Court on the Government's request for restitution on behalf of the minor victim portrayed in the **"Cinder Block Blue"** series of images, namely the minor victim identified for purposes of this Agreed Order as "Jane," that was unlawfully possessed by Defendant Brandon Rowe.

The United States and the Defendant Brandon Rowe, have reached an agreement that Title 18, United States Code, Section 2259 requires the Court to impose restitution for any offense under Chapter 110, which applies to the conviction of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2). There is no dispute between the parties that the Defendant received and/or possessed at least one image of child pornography depicting the above-identified minor in the **"Cinder Block Blue"** series.

The parties further agree that the victim seeking restitution in this case, is a victim as defined in Section 2259, that is, an individual "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

1

**IT IS THEREFORE AGREED** by the parties that Defendant Brandon Rowe, is liable for a portion of the total harm/losses sought by the victim in the **"Cinder Block Blue"** series. Accordingly, Defendant Brandon Rowe agrees to pay $3,000.00 as restitution for the victim identified above in the **"Cinder Block Blue"** series. Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall then be distributed to the victim through their represented counsel: The Marsh Law Firm PLLC, ATTN: Jane, P.O. Box 4668#65135 New York, New York 10163-4668. The specific payment details will be set forth in detail in the Judgment and Commitment Order.

**IT IS SO ORDERED.**

_____
JUDGE WALTER H. RICE
UNITED STATES DISTRICT COURT


**REVIEWED AND AGREED TO BY:**

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
Sheila G. Lafferty (0042554)
Assistant United States Attorney

_____
Brandon Rowe
Defendant

_____
F. Arthur Mullins
Counsel for Defendant Brandon Rowe