IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRANDON ROWE,

    Defendant.

: Case No. 3:15cr143

: JUDGE WALTER H. RICE

---

ORDER DELAYING EXECUTION OF SENTENCE

---

For good cause shown, it is hereby ordered that the Defendant's execution of sentence be delayed until on or after January 15, 2018.

November 30, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record