# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:15CR143 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| BRANDON ROWE, | : | |
| Defendant. | : | |

## FINAL ORDER OF FORFEITURE
## OF PROPERTY AS TO DEFENDANT BRANDON ROWE

WHEREAS, on March 3, 2016, this Court entered a Preliminary Order of Forfeiture (Doc. 39) ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a)(1) and (3), of the following property:

    a.    Samsung cellular telephone, Model SGH-1747, SN: 355430051993657 (broken) and Samsung Galaxy S3 battery;

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on March 16, 2016, continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website, (Doc. 76); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, on November 8, 2017, a Judgment (Doc. 68) and an Amended Judgment (Doc. 70) were filed and the Judgments ordered the forfeiture of the above-referenced property; and

WHEREAS, the Court finds that the Defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (3);

NOW THEREFORE, IT IS HEREBY, ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on March 3, 2016 (Doc. 39), ordering the forfeiture, pursuant to 18 U.S.C. § 2253(a)(1) and (3), of the following property:

    a.    Samsung cellular telephone, Model SGH-1747, SN: 355430051993657 (broken) and Samsung Galaxy S3 battery,

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 2-23-18

                                                        WALTER H. RICE
                                                        UNITED STATES DISTRICT JUDGE